## BENNELL HANOVER ASSOCIATES *v.* PATRICIA BENEDICT
## (14805)

O'Connell, Spear and Hennessy, Js.

Submitted on briefs June 10—officially released July 9, 1996

Per Curiam. The judgment is affirmed.

## YUNG-KOO C. CHEN *v.* GIH-HORNG CHEN
## (15343)

O'Connell, Spear and Hennessy, Js.

Submitted on briefs June 10—officially released July 9, 1996

Per Curiam. The judgment is affirmed.

## JOSEPH B. MARION *v.* MARK S. SOLAK
## (14944)

Dupont, C. J., and O'Connell, Foti, Landau and Hennessy, Js.

Submitted on briefs June 11—officially released July 16, 1996

Per Curiam. The judgment is affirmed.

## HELEN BEVAN ET AL. *v.* ANNE ROSENBAUM
## (15194)

Dupont, C. J., and Landau and Hennessy, Js.

Submitted on briefs June 7—officially released July 16, 1996

Per Curiam. The judgment is affirmed.